SAMUEL W. LUITWEILER, Respondent, v. LUITWEILER PUMPING ENGINE COMPANY and Others, Defendants. ADELAIDE B. LUITWEILER, Appellant.— Motion for stay denied. Order reversed, with ten dollars costs and disbursements, and motion granted, upon condition that the appellant serve her answer within ten days and shall stipulate to accept short service of notice of trial, viz., two days' notice, for the adjourned March Equity Term of Supreme Court in Monroe county, and to be ready for trial at that term, and if such stipulation is not given and the answer so served, the motion is denied, with ten dollars costs. All concur.

---

### FIRST DEPARTMENT, APRIL, 1922.

BEN SILVERMAN, Respondent, v. JOHN BARTON PAYNE, Director-General of Railroads, as Agent under Section 206 of the Transportation Act, 1920,* Appellant. — Judgment and order affirmed, with costs. No opinion. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ. (Smith, J., dissenting.)

EDWARD J. SHIRLEY, Respondent, v. FREDERICK R. RYAN, Appellant.— Determination affirmed, with costs and disbursements. No opinion. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

LEO FAZZIO, Respondent, v. ECONOMY REAL PROPERTY COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

SAMUEL FELDMAN, Respondent, v. MYERS-JOLESCH COMPANY, INC., Appellant. — Judgment and order affirmed, with costs. No opinion. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

THE BRODY & FUNT COMPANY, INC., Appellant, v. MORRIS SCHONDORF, Trading as LADIES' BAZAAR, Respondent.— Determination affirmed, with costs and disbursements. No opinion. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

LORETTA GOOD, Respondent, v. ROBERT GOOD, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

PAULINE HARRIS, Appellant, v. LOUIS HARRIS, Respondent.— Judgment reversed, with costs and judgment ordered in favor of plaintiff, with costs. No opinion. Settle order on notice. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ. (Dowling and Merrell, JJ., dissenting.)

---

*See 41 U. S. Stat. at Large, 461, § 206; Pres. Proc. March 11, 1920, and May 14, 1920, 41 id. 1789, 1793, 1794. After entry of judgment herein James C. Davis was appointed by President in place of John Barton Payne, resigned, by Proclamations dated March 26, 1921, and effective at noon on March 28, 1921. (42 U. S. Stat. at Large, ———.) —[REP.